NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RANDALL MAY INTERNATIONAL, INC.,**
*Plaintiff-Appellant,*

v.

**DEG MUSIC PRODUCTS, INC. AND DYNASTY USA,**
*Defendants-Appellees.*

---

2011-1530

---

Appeal from the United States District Court for the Central District of California in case no. 05-CV-0894, Judge Terry J. Hatter, Jr.

---

## ON MOTION

---

## ORDER

DEG Music Products, Inc. and Dynasty USA move for an award of attorneys fees for a frivolous appeal pursuant to Federal Rule of Appellate Procedure 38. Randall May International, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred for consideration by the merits panel. Copies of the motion, response, any reply, and this order shall be transmitted to the merits panel.

FOR THE COURT

DEC 2 0 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Peter R. Afrasiabi, Esq.
Dennis G. Martin, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 0 2011

JAN HORBALY
CLERK